IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLENN MCGILL, individually and) <br> d/b/a ALLIED PACKAGING & ) <br> SHIPPING; HOWARD E. MCGILL, ) <br> individually and as Trustee, ) <br> or his successor in Trust, ) <br> under the McGill Family Living) <br> Trust, dated July 13, 1997, ) <br> and any amendments thereto; ) <br> SLYVIA E. MCGILL, individually) <br> and as Trustee, or her ) <br> successor in Trust, under the ) <br> McGill Family Living Trust, ) <br> dated June 13, 1997, and any ) <br> amendments thereto, ) <br> ) <br> Defendants. ) <br> _____) | 2:08-cv-01139-GEB-GGH <br><br> <u>ORDER TO SHOW CAUSE AND</u> <u>CONTINUING FINAL PRETRIAL</u> <u>CONFERENCE</u> |

The Status (Pretrial Scheduling) Order ("Order") filed August 13, 2008 scheduled a final pretrial conference in this case on February 8, 2010. That Order required the parties to file a joint final pretrial statement "no later than seven (7) days prior to the final pretrial conference." (Order 4:1-2.) Due to the parties' failure to file a pretrial statement as ordered, the final pretrial conference is reset to March 8, 2010 at 1:30 p.m. The

1

parties shall file a joint final pretrial statement seven days prior to the conference.

Further, the parties are ORDERED TO SHOW CAUSE (OSC), in a writing to be filed no later than 4:00 p.m. on February 12, 2010, why sanctions should not be imposed against them and against Defendants' counsel under Rule 16(f) of the Federal Rules of Civil Procedure, because of the failure to file a timely a final pretrial statement. The response shall also state whether a hearing is requested on the OSC. If a hearing is requested, it will be held at the time of the final pretrial conference. Further, Defendants shall also state in the written response whether they or their counsel is at fault.

IT IS SO ORDERED.

Dated: February 3, 2010

GARLAND E. BURRELL, JR.
United States District Judge